**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Corey L. WILLIAMS, Petitioner**

**No. 686 MAL 2016**

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**